**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

BINH THANH HUYNH, A#071016095,

    Petitioner,

    v.

JEFFREY CRAWFORD, *et al.*

    Respondents.

Case No. 2:26-cv-361

<u>**ORDER**</u>

Petitioner Binh Thanh Huynh seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his continued detention without a bond hearing. ECF No. 1. The respondent filed an opposition, to which the petitioner did not reply. ECF No. 7. Before the Court is an unopposed report and recommendation, in which the Honorable Lawrence R. Leonard, United States Magistrate Judge, concluded that the petition be denied and dismissed as moot. ECF No. 9.

Judge Leonard advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver of appeal from a judgment of this Court based on such findings and recommendations. ECF No. 9 at 6–7 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140 (1985); *Carr v. Hutto*, 737 F.2d 433 (4th Cir. 1984); *United States v. Schronce*, 727 F. 2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the report and recommendation.

In the absence of a specific written objection, this Court may adopt a magistrate judge's recommendations without conducting a *de novo* review, unless the recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (citations omitted); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Leonard's findings and recommendations and found no clear error. Accordingly, the report and recommendation (ECF No. 9) is **ADOPTED.**

The petition for a writ of habeas corpus (ECF No. 1) is **DISMISSED** and **DENIED AS MOOT**.

**IT IS SO ORDERED**.

/s/ _____

Jamar K. Walker
United States District Judge

Norfolk, Virginia
July 13, 2026

2